# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA MOORE, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-18-0019-F ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking to appeal the final decision of the defendant Commissioner denying plaintiff's application for disability benefits. The magistrate judge has submitted a Report and Recommendation (doc. no. 28), recommending that plaintiff's action be dismissed without prejudice under Rule 41(b), Fed. R. Civ. P., based on plaintiff's failure to prosecute this action and comply with the court's orders. The Report advised the parties of their right to file an objection, and further advised that failure to timely object waives the right to appellate review of the recommended ruling. No objection has been filed, and no party has requested an extension of time within which to object.

Having reviewed the Report, and with no objection having been made to the Report, the court finds that it agrees with the recommendations of the magistrate judge and that no purpose would be served by further discussion here.

The Report's recommendations are **ACCEPTED**, **AFFIRMED** and **ADOPTED**. As recommended, the complaint is **DISMISSED** without prejudice.

IT IS SO ORDERED this 30th day of April, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0019p001.docx